Gabriel D. Jack
Muston & Jack, PC
1671 The Alameda, Suite 210
San Jose, CA 95126
Tel: 408-293-2026
Fax: 650-745-0663
Email: gjack@mj-law.com
State Bar Number: 212741



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE COURTHOUSE

Farnak RAEISSI        A072401-705            )
                      Plaintiff,             )
                                             )
v.                                           )
                                             )       C07  02458  PVT
ALBERTO GONZALES, Attorney General           )
of the United States;                        )       Civil Action No. _____
MICHAEL CHERTOFF, Secretary,                 )
Department of Homeland Security;             )
David N. Still, District Director,           )
San Francisco Office, U.S. Citizenship and   )
Immigration Services;                        )
EMILIO GONZALEZ, Director,                   )
U.S. Citizenship and Immigration Services;   )
Robert S. Mueller, III, Director, Federal    )
Bureau of Investigation                      )
                      Defendants.            )
                                             )

E-FILING    ADR

# PETITION FOR WRIT OF MANDAMUS

**To the Honorable Judges of Said Court:**

Plaintiff, through undersigned counsel, alleges as follows:

## INTRODUCTION

1.   This is a civil action brought pursuant to INA §336(b), 8 U.S.C. § 1447(b), 28 U.S.C. §1331 and 1361, 5 U.S.C. § 701 and 28 U.S.C. §2201 *et. seq.* to redress the deprivation of rights, privileges and immunities secured to Plaintiff and to compel Defendants to perform a duty Defendants owe to Plaintiff. Jurisdiction is also conferred by 5 U.S.C. §704.

2.   This action is brought to petition the court to take action on a Form N-400, Application for Naturalization, (hereafter "the Application") in order for Plaintiff to become a Naturalized Citizen of the United States. The Application was filed with the USCIS'S California Service Center on or about August 8, 2003 by Mrs. Faranak Raeissi (See Ex. A, Form I-797C, notice of receipt issued by USCIS confirming receipt of N-400 peti-

tion by the Plaintiff). She was interviewed by the Immigration Service on or about April 22, 2004 and successfully passed the English language and history and government tests. To this day, over three years after the interview, Mrs. Raeissi still awaits the decision. Certainly more than 120 days have passed since the interview in this matter, thus vesting jurisdiction with this court upon plaintiff's request under 8 U.S.C. § 1447 (b).

3. Plaintiff is eligible to have his Application adjudicated.

4. Defendants, the Department of Homeland Security and U.S. Citizenship and Immigration Services (USCIS), are charged by law with the statutory obligation to adjudicate this Application.

5. Venue is proper under 28 USC §1391(e) because the Plaintiff resides in this district and no real property is involved in this action.

## FACTS

6. Alien is a native and citizen of Iran. Alien received her Permanent Resident status as Spouse of a Permanent Resident (See Ex. B, copy of Alien's Resident Alien Card)

7. Alien's Permanent Resident Status was granted on 07/27/2000 (See Ex. B), and she became statutorily eligible to file a Form N-400, Application for Naturalization, on 04/27/2002 two years and nine months after the grant of Permanent Resident Status.

8. Alien filed her Form N-400, Application for Naturalization, with the U.S. Citizenship and Immigration Service on or about August 8, 2003. (See Ex. C, Copy of Alien's Application for Naturalization)

9. Alien was interviewed by an Immigration Officer in April 2004 and successfully passed the English language and history and government tests. To this day, over three years and one month after the interview, Alien still awaits the decision.

10. San Jose District office of the Citizenship & Immigration Services is currently processing (as of April 18, 2007) Forms N-400 filed on July 31, 2006. Alien's application was filed in April 2003 and, therefore, its processing is significantly overdue. (See Ex. D, USCIS San Jose Office processing time report).

11. Alien has several times inquired about her application via telephone and her congressman's office. Alien inquired with her congressman's office and she received a letter dated October 25, 2005 stating that Congressman Mike Honda had put an inquiry in with the FBI. The letter states that an answer would be had within 30 days of submitting the inquiry. Alien received a letter dated November 16, 2005, stating that her FBI name check had been received and that the status is pending and that the FBI estimated that 600,000 Name checks were pending but that they expected to clear the backlog in the near future. On May 25, 2006, the alien called the USCIS Customer Service Center phone number and she was told that the FBI name check was still pending. At this time, alien also informed USCIS of a recent change of address. She received confirmation of this change of address, which is dated May 30, 2006. (See Ex. E, copies of letters sent to USCIS and Congressman's office).

## CLAIMS

12. Defendants have willfully and unreasonably delayed in and have refused to adjudicate the Application, thereby depriving the Plaintiff of the benefit of becoming a Naturalized U.S. Citizen.

13. Defendants owe Plaintiff a duty to adjudicate the Petition and have unreasonably failed to perform that duty.

14. Plaintiff has exhausted any administrative remedies that may exist.

WHEREFORE, Plaintiff prays that the Court:

1.    Assume jurisdiction over the case and naturalize the Plaintiff under the terms of 8 USC 1447(b); or

2.    Remand to Defendants and those acting under them for immediate adjudication; and

3.    Grant such other and further relief as this Court deems proper under the circumstances; and

4.    Grant Attorney's fees and costs of Court to Plaintiff under the Equal Access to Justice Act.

Respectfully submitted this 8th day of May, 2007.

By:_____

Gabriel D. Jack, Attorney for Plaintiff

May 8, 2007

# Exhibit A
# N-400 Receipt Notice

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>August 14, 2003 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 072 401 705 |
| APPLICATION NUMBER<br>WSC*001007202 | RECEIVED DATE<br>August 08, 2003 | PRIORITY DATE<br>August 08, 2003 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

FARANAK RAEISSI
1516 ALTAMONT AVE
SAN JOSE CA 95125

**PAYMENT INFORMATION:**

| Single Application Fee: | $310.00 |
|---|---|
| Total Amount Received: | $310.00 |
| Total Balance Due: | $0.00 |

I..II..II..II..II..II..II.

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:          September 19, 1966
Address Where You Live:   1516 ALTAMONT AVE
                          SAN JOSE CA 95125

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

---

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

WSC$001094322

Form I-797C (Rev. 09/07/93) N



# Exhibit B
# Alien's Resident Alien Card

# PERMANENT RESIDENT CARD

NAME RAEISSI, FARANAK



INS A# 072-401-705

Birthdate    Category    Sex
09/19/66      IR6        F

Country of Birth
Iran

CARD EXPIRES 02/20/11
Resident Since 07/27/00



C1USA0724017057WAC0018753272<<
6609195F1102200IRN<<<<<<<<<<0
RAEISSI<<FARANAK<<<<<<<<<<<<<<



# Exhibit C
# Copy of N-400 Petition

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0009

# Application for Naturalization

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

## Part 1. Your Name (The Person Applying for Naturalization)

Write your INS "A"- number here:
A 0 7 2 4 0 1 7 0 5

**A. Your current legal name.**

Family Name (Last Name)

RAEISSI

Given Name (First Name)

FARANAK

Full Middle Name (If applicable)

**B. Your name exactly as it appears on your Permanent Resident Card.**

Family Name (Last Name)

RAEISSI

Given Name (First Name)

FARANAK

Full Middle Name (If applicable)

**C. If you have ever used other names, provide them below.**

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |
| | | |

**D. Name change (optional)**

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?    ☐ Yes    ☐ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name (Last Name)

Given Name (First Name)

Full Middle Name

### FOR INS USE ONLY

Bar Code

Date Stamp

Remarks

Action

## Part 2. Information About Your Eligibility (Check Only One)

I am at least 18 years old AND

A. ☐ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☒ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND
I have been married to and living with the same U.S. citizen for the last 3 years, AND
my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other (Please explain) _____

Form N-400 (Rev. 07/23/02)N

**Part 3. Information About You**

Write your INS "A"- number here:

A 0 7 2 4 0 1 7 0 5

A. Social Security Number

6 0 5 - 5 2 - 8 2 3 3

B. Date of Birth *(Month/Day/Year)*

0 9 / 1 9 / 1 9 6 6

C. Date You Became a Permanent Resident *(Month/Day/Year)*

0 7 / 2 7 / 2 0 0 0

D. Country of Birth

IRAN

E. Country of Nationality

IRAN

F. Are either of your parents U.S. citizens? *(if yes, see Instructions)*  ☐ Yes  ☒ No

G. What is your current marital status?  ☐ Single, Never Married  ☒ Married  ☐ Divorced  ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?  ☐ Yes  ☒ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*  ☐ Yes  ☒ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

**Part 4. Addresses and Telephone Numbers**

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*  | Apartment Number

1516  ALTAMONT  AVE

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| SAN JOSE | SANTA CLARA | CA | 95125 | U.S.A |

B. Care of  | Mailing Address - Street Number and Name *(If different from home address)*  | Apartment Number

| City | State | ZIP Code | Country |
|------|-------|----------|---------|
| | | | |

C. Daytime Phone Number *(If any)*

(408) 445-0946

Evening Phone Number *(If any)*

( )

E-mail Address *(If any)*

faranakr@pacbell.net

| Part 5. Information for Criminal Records Search | Write your INS "A"- number here: |
|---|---|
| | A 0 7 2 4 0 1 7 0 5 |

**Note:** The categories below are those required by the FBI. See Instructions for more information.

**A. Gender**

☐ Male   ☒ Female

**B. Height**

5 Feet   3 Inches

**C. Weight**

135 Pounds

**D. Are you Hispanic or Latino?**   ☐ Yes   ☒ No

**E. Race** *(Select one or more.)*

☒ White   ☐ Asian   ☐ Black or African American   ☐ American Indian or Alaskan Native   ☐ Native Hawaiian or Other Pacific Islander

**F. Hair color**

☐ Black   ☒ Brown   ☐ Blonde   ☐ Gray   ☐ White   ☐ Red   ☐ Sandy   ☐ Bald (No Hair)

**G. Eye color**

☒ Brown   ☐ Blue   ☐ Green   ☐ Hazel   ☐ Gray   ☐ Black   ☐ Pink   ☐ Maroon   ☐ Other

| Part 6. Information About Your Residence and Employment |
|---|

**A.** Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) From | To |
|---|---|---|
| Current Home Address - Same as Part 4.A | 06/1999 | Present |
| 833 F SAN TOMAS AQUINO RD CAMPBELL, CA 95008 | 08/1993 | 06/1999 |
| | / | |
| | / | |
| | / | |

**B.** Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates (Month/Year) From | To | Your Occupation |
|---|---|---|---|---|
| MAXIM | 120 San Gabriel Dr. Sunnyvale, CA | 06/2001 | 08/2001 | ENGINEERING INTERN |
| IT CORPORATION | Ringwood, San Jose, CA | 06/1999 | 05/2000 | STAFF ENGINEER |
| MANSUBI MEDICAL OFFICE | 2577 Samaritan Dr. Suit 860, S.J, CA | 01/1995 | 01/1999 | OFFICE MANAGER |
| ZONE 7 WATER AGENCY | 5997p Parkside Dr. Pleasanton, CA | 08/1998 | 01/1999 | ENGINEERING INTERN |
| SAN JOSE STATE UNIVERSITY | One Washington Square, SAN JOSE, CA | 08/1994 | 12/1998 | GRADUATE STUDENT (M.S.) ENVIRONMENTAL ENGINEERING |

**Part 7. Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A"- number here:
A 0 7 2 4 0 1 7 0 5

A. How many total days did you spend outside of the United States during the past 5 years?  `40` days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?  `2` trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(Month/Day/Year)* | Date You Returned to the United States *(Month/Day/Year)* | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 12/19/2000 | 01/20/2001 | ☐ Yes ☒ No | IRAN | 30 |
| 03/_/2001 | 03/_/2001 | ☐ Yes ☒ No | MEXICO | 10 |
| _/_/_ | _/_/_ | ☐ Yes ☐ No | | |
| _/_/_ | _/_/_ | ☐ Yes ☐ No | | |
| _/_/_ | _/_/_ | ☐ Yes ☐ No | | |
| _/_/_ | _/_/_ | ☐ Yes ☐ No | | |
| _/_/_ | _/_/_ | ☐ Yes ☐ No | | |
| _/_/_ | _/_/_ | ☐ Yes ☐ No | | |
| _/_/_ | _/_/_ | ☐ Yes ☐ No | | |

**Part 8. Information About Your Marital History**

A. How many times have you been married (including annulled marriages)?  `1`  If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*
HESHMATI

Given Name *(First Name)*
ARDALAN

Full Middle Name *(If applicable)*


2. Date of Birth *(Month/Day/Year)*
10/07/1962

3. Date of Marriage *(Month/Day/Year)*
08/12/1993

4. Spouse's Social Security Number
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

5. Home Address - Street Number and Name
1516 ALTAMONT AVE

Apartment Number


City
SAN JOSE

State
CA

ZIP Code
95125

**Part 8. Information About Your Marital History** *(Continued)*

Write your INS "A"- number here:
A 0 7 2 4 0 1 7 0 5

C. Is your spouse a U.S. citizen?  ☒ Yes    ☐ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?    ☐ At Birth    ☒ Other

   If "Other," give the following information:

2. Date your spouse became a U.S. citizen
   0 6 1 1 6 1 9 9 9

3. Place your spouse became a U.S. citizen *(Please see Instructions)*
   SAN JOSE > CA
   City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship

2. Spouse's INS "A"- Number *(If applicable)*
   A _ _ _ _ _ _ _ _

3. Spouse's Immigration Status
   ☐ Lawful Permanent Resident    ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

1. Prior Spouse's Family Name *(Last Name)*
   N/A

Given Name *(First Name)*

Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status
   ☐ U.S. Citizen
   ☐ Lawful Permanent Resident
   ☐ Other

3. Date of Marriage *(Month/Day/Year)*
   _ _/_ _/_ _ _ _

4. Date Marriage Ended *(Month/Day/Year)*
   _ _/_ _/_ _ _ _

5. How Marriage Ended
   ☐ Divorce    ☐ Spouse Died    ☐ Other

G. How many times has your current spouse been married (including annulled marriages)?    1

If your spouse has EVER been married before, give the following information about **your spouse's** prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)*
   N/A

Given Name *(First Name)*

Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status
   ☐ U.S. Citizen
   ☐ Lawful Permanent Resident
   ☐ Other

3. Date of Marriage *(Month/Day/Year)*
   _ _/_ _/_ _ _ _

4. Date Marriage Ended *(Month/Day/Year)*
   _ _/_ _/_ _ _ _

5. How Marriage Ended
   ☐ Divorce    ☐ Spouse Died    ☐ Other

| Part 9. Information About Your Children | Write your INS "A"- number here: |
|---|---|
| | A 0 7 2 4 0 1 7 0 5 |

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

*1*

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth *(Month/Day/Year)* | INS "A"- number *(if child has one)* | Country of Birth | Current Address *(Street, City, State & Country)* |
|---|---|---|---|---|
| NINA HESHMATI | 08/14/2002 | A_____ | U.S.A | 1516 ALTAMONT AVE SAN JOSE, CA 95125 |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |

| Part 10. Additional Questions |
|---|

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

### A. General Questions

1. Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)*? ☐ Yes ☒ No

2. Have you **EVER** registered to vote in any Federal, state, or local election in the United States? ☐ Yes ☒ No

3. Have you **EVER** voted in any Federal, state, or local election in the United States? ☐ Yes ☒ No

4. Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return? ☐ Yes ☒ No

5. Do you owe any Federal, state, or local taxes that are overdue? ☐ Yes ☒ No

6. Do you have any title of nobility in any foreign country? ☐ Yes ☒ No

7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years? ☐ Yes ☒ No

Form N-400 (Rev. 07/23/02)N Page 6

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A 0 7 2 4 0 1 7 0 5 |

**B. Affiliations**

8.  a.  Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?  ☐ Yes  ☒ No

    b.  If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9.  Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

    a.  The Communist Party?  ☐ Yes  ☒ No

    b.  Any other totalitarian party?  ☐ Yes  ☒ No

    c.  A terrorist organization?  ☐ Yes  ☒ No

10.  Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes  ☒ No

11.  Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?  ☐ Yes  ☒ No

12.  Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

    a.  The Nazi government of Germany?  ☐ Yes  ☒ No

    b.  Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes  ☒ No

    c.  Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?  ☐ Yes  ☒ No

**C. Continuous Residence**

Since becoming a Lawful Permanent Resident of the United States:

13.  Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?  ☐ Yes  ☒ No

14.  Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes  ☒ No

**Part 10. Additional Questions** *(Continued)*

**D. Good Moral Character**

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested?  ☐ Yes  ☒ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason?  ☐ Yes  ☒ No

17. Have you **EVER** been charged with committing any crime or offense?  ☐ Yes  ☒ No

18. Have you **EVER** been convicted of a crime or offense?  ☐ Yes  ☒ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?  ☐ Yes  ☒ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled?  ☐ Yes  ☒ No

21. Have you **EVER** been in jail or prison?  ☐ Yes  ☒ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged? *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER**:

    a. been a habitual drunkard?  ☐ Yes  ☒ No

    b. been a prostitute, or procured anyone for prostitution?  ☐ Yes  ☒ No

    c. sold or smuggled controlled substances, illegal drugs or narcotics?  ☐ Yes  ☒ No

    d. been married to more than one person at the same time?  ☐ Yes  ☒ No

    e. helped anyone enter or try to enter the United States illegally?  ☐ Yes  ☒ No

    f. gambled illegally or received income from illegal gambling?  ☐ Yes  ☒ No

    g. failed to support your dependents or to pay alimony?  ☐ Yes  ☒ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal?  ☐ Yes  ☒ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States?  ☐ Yes  ☒ No

Form N-400 (Rev. 07/23/02)N Page 8

| Part 10. Additional Questions *(Continued)* | Write your INS "A" number here: |
|---|---|
| | A 0 7 2 4 0 1 7 0 5 |

**E. Removal, Exclusion, and Deportation Proceedings**

25. Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes ☒ No

26. Have you **EVER** been removed, excluded, or deported from the United States?  ☐ Yes ☒ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States?  ☐ Yes ☒ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation?  ☐ Yes ☒ No

**F. Military Service**

29. Have you **EVER** served in the U.S. Armed Forces?  ☐ Yes ☒ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes ☒ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes ☒ No

32. Have you **EVER** deserted from the U.S. Armed Forces?  ☐ Yes ☒ No

**G. Selective Service Registration**

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?  ☐ Yes ☒ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [_____]    Selective Service Number [_ _ / _ _ _ _ _ _ _ /_]

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

**H. Oath Requirements** *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?  ☒ Yes ☐ No

35. Do you understand the full Oath of Allegiance to the United States?  ☒ Yes ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?  ☒ Yes ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?  ☒ Yes ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☒ Yes ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☒ Yes ☐ No

| Part 11.  Your Signature | Write your INS "A"- number here: |
|---|---|
| | A _0_ _7_ _2_ _4_ _0_ _1_ _7_ _0_ _5_ |

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature                                                                                    Date *(Month/Day/Year)*

_Z. Raawn_                                                                                          _07 2012 0003_
                                                                                                         _marw3_

## Part 12.  Signature of Person Who Prepared This Application for You *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

| Preparer's Printed Name | Preparer's Signature |
|---|---|
| | |

| Date *(Month/Day/Year)* | Preparer's Firm or Organization Name *(If applicable)* | Preparer's Daytime Phone Number |
|---|---|---|
| __ / __ / ____ | | ( ) |

| Preparer's Address - Street Number and Name | City | State | ZIP Code |
|---|---|---|---|
| | | | |

---

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

## Part 13.  Signature at Interview

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through ____ and the evidence submitted by me numbered pages 1 through ____ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me _____    _____

Officer's Printed Name or Stamp                      Date *(Month/Day/Year)*

| Complete Signature of Applicant | Officer's Signature |
|---|---|
| | |

## Part 14.  Oath of Allegiance

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen.  By signing , you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

| Printed Name of Applicant | Complete Signature of Applicant |
|---|---|
| | |

# Exhibit D
# USCIS San Jose
# Current Processing Times



Print This Page    Back

## U.S. Citizenship and Immigration Services
## San Jose CA Processing Dates
### Posted April 18, 2007

**Notice:** U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual

notice and/or document.  If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us.  That is because it may take that long before it is returned to us as undeliverable.  You can also print the case status online answer for your records.

District Office Processing Dates for **San Jose CA** Posted April 18, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|------|-----------|---------------------------------------------------|
| I-131 | Application for Travel Documents | January 13, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | October 14, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | January 13, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | January 13, 2007 |
| I-765 | Application for Employment Authorization | January 27, 2007 |
| N-400 | Application for Naturalization | July 31, 2006 |
| N-600 | Application for Certification of Citizenship | August 04, 2006 |

Print This Page | Back

**05-05-2007 01:56 PM EDT**

# Exhibit E
# Letters and Correspondence of USCIS & Congressman's Office

## Affidavit

March 30, 2007

I, Faranak Raeissi, swear that on May 25, 2006 I called the USCIS Customer Service Telephone Number to check on the status of my pending N-400 case and I was told that the FBI name check was still pending. During that same telephone call, I gave the customer service representative my new address.

Sincerely,

*Faranak Raeissi*

Faranak Raeissi

---

STATE OF CALIFORNIA

COUNTY OF _Santa Clara_ }ss.

On this ___30th___ day of ___March___, in the year ~~19~~ 2007 before me, the undersigned, a Notary Public in and for said State, personally appeared ___Faranak Raeissi___ _____, ~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person__ whose name__ ___is___ subscribed to the within instrument, and acknowledged to me that __she__ executed it.

WITNESS my hand and official seal

_Michael G. Muston_

Notary Public in and for said State.

**MICHAEL G. MUSTON**
**COMM. # 1615906**
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
MY COMM. EXP. OCT. 31, 2009

ACKNOWLEDGMENT—General—Wolcotts Form 233CA—Rev. 5-82
©1982 WOLCOTTS, INC.    (price class 8-2)

Case 5:07-cv-02198-PVT    Document 1    Filed 05/08/2007    Page 24 of 27

# THE UNITED STATES OF AMERICA

FARANAK RAEISSI
14811 VICKERY AVE
SARATOGA, CA 95070

Received Date:    25-May-2006
Notice Date:    30-May-2006
Applicant Name:    FARANAK RAEISSI
A-Number:    072401705
Main Phone #:    408-887-0223
Second Phone #:

Dear Applicant,

We have processed your change of address request and updated our systems to include your new address. Future correspondence from USCIS regarding your application will be sent to the mailing address on this notice.

**Mailing Address**
14811 VICKERY AVE
SARATOGA, CA 95070

**Residence Address**
14811 VICKERY AVE
SARATOGA, CA 95070

Thank you for using our new change of address by phone system. It is one of several new services that the USCIS is offering to improve the naturalization process and increase the satisfaction of our customers.

Internal use Only: Call Number 210340419 (NA) - Sensitive But Unclassified

MICHAEL M. HONDA
15TH DISTRICT, CALIFORNIA

COMMITTEE ON SCIENCE
  SUBCOMMITTEES:
    *RANKING MEMBER*
      ENERGY
  SPACE AND AERONAUTICS

COMMITTEE ON TRANSPORTATION
  AND INFRASTRUCTURE
    SUBCOMMITTEES:
      AVIATION
HIGHWAYS, TRANSIT, AND PIPELINES
COAST GUARD AND MARITIME TRANSPORTATION

CHAIR
CONGRESSIONAL ASIAN PACIFIC
AMERICAN CAUCUS

WASHINGTON OFFICE:
1713 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225–2631
FAX:    (202) 225–2699
http://www.house.gov/honda

DISTRICT OFFICE:
1999 SOUTH BASCOM AVENUE
SUITE #815
CAMPBELL, CA 95008
PHONE: (408) 558–8085
FAX:    (408) 558–8086
GILROY RESIDENTS: (888) 643–4715



# Congress of the United States
## House of Representatives

October 20, 2005

Ms. Faranak Raeissi
1516 Altamont
San Jose, California 95125

Dear Ms. Raeissi:

Thank you for contacting me regarding the problem you are having with the FBI.  I am sorry to hear about the difficulties you are experiencing your name check.

I have made an inquiry with the FBI on your behalf.  It has been my experience that it takes approximately 30 days to receive a response from the FBI.  Please be advised that I am unable to assure a specific outcome regarding a particular case, or unduly influence the decision of an agency.  However, I may inquire as to the status of your case, obtain additional information, or direct you to appropriate resources or services.   I will contact you as soon as I receive an agency response.

Thank you for allowing me to be of assistance in this matter.

Sincerely,

Mike Honda
Member of Congress

To receive updates on issues and events important to you, please sign up at http://www.house.gov/honda/contactmike.html for my e-mail newsletter.

MH:mw




MICHAEL M. HONDA
15TH DISTRICT, CALIFORNIA

COMMITTEE ON SCIENCE
SUBCOMMITTEES:
RANKING MEMBER
ENERGY
SPACE AND AERONAUTICS

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE
SUBCOMMITTEES:
AVIATION
HIGHWAYS, TRANSIT, AND PIPELINES
COAST GUARD AND MARITIME TRANSPORTATION

CHAIR
CONGRESSIONAL ASIAN PACIFIC
AMERICAN CAUCUS

WASHINGTON OFFICE:
1713 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225–2631
FAX:    (202) 225–2699
http://www.house.gov/honda

DISTRICT OFFICE:
1999 SOUTH BASCOM AVENUE
SUITE #815
CAMPBELL, CA 95008
PHONE: (408) 558–8085
FAX:    (408) 558–8086
GILROY RESIDENTS: (888) 643–4715

# Congress of the United States
## House of Representatives

November 16, 2005

Ms. Faranak Raeissi
1516 Altamont
San Jose, California 95125

Dear Ms. Raeissi:

Thank you for contacting my office regarding your immigration case. I am sorry to hear about the difficulties you are having with your FBI name check. Please be advised that the FBI has verified that your name check was received and is still "pending."

According to the FBI, the name check process involves several layers of review. Before a name check "clears" it may require review by federal, state, local and foreign agencies. In addition to serving as a reviewing agency, the FBI is the clearinghouse for responses by other agencies. Delays may arise due to a common name, spelling variations, frequent travel or changes in residency, criminal history, non-cooperation of foreign governments, multiple references, and inconsistent or incomplete information.

According to the FBI, a backlog of approximately 600,000 name check requests remain. Additional staff has been added to process the backlog and most of the outstanding name checks should be completed by December 2005. However, if the delay is the result of another agency, the FBI can not proceed with final clearance. If your name check is still pending with the FBI after 6 more months have passed, please contact my office and I will make another inquiry on your behalf.

Please be advised that my office can only inquire regarding the status of your name check and where the FBI has submitted the results. My office cannot request that the process be expedited or waived, nor can my office inquire regarding the specific findings of the FBI or any other investigative agency. You may check the status of your name check yourself by e-mailing the FBI at fbinncp@ic.fbi.gov. However, it has been my experience that it may take several months to receive a response.

I regret that my office could not provide a more favorable response at this time. However, I hope you will find this information useful.

Sincerely,

Michael M. Honda

Mike Honda
Member of Congress

To receive updates on issues and events important to you, please sign up at
http://www.house.gov/honda/contactmike.html for my e-mail newsletter.

MH:mw

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Immigrat & Naturalizati Servic
Attn: Officer Lu
File # A07-240170
1887 Monterey Highway
San Jose, CA 95112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X RECEIVED    ☑ Agent
             ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAY 0 6 2004

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

7003 2260 0002 1490 3418

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI02-B-4061