SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FARNAK RAEISSI, | ) No. C 07-2458 PVT |
| Plaintiff, | ) |
| v. | ) |
| ALBERTO GONZALES, Attorney General of the United States; | ) **STIPULATION TO DISMISS** |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; | ) **and [PROPOSED] ORDER** |
| DAVID N. STILL, District Director, San Francisco Office, U.S. Citizenship and Immigration Services; | ) |
| EMILIO GONZALES, Director, U.S. Citizenship and Immigration Services; | ) |
| ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation, | ) |
| Defendants. | ) |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Stip. to Dismiss
C07-2458 PVT                    1

1   Date: July 13, 2007                        Respectfully submitted,

2                                              SCOTT N. SCHOOLS
                                               United States Attorney
3

4                                              _____/s/_____
                                               EDWARD A. OLSEN
5                                              Assistant United States Attorney
                                               Attorneys for Defendants
6

7                                              _____/s/_____
8   Date: July 13, 2007                        GABRIEL D. JACK
                                               Attorney for Plaintiff
9

10                                **ORDER**

11          Pursuant to stipulation, IT IS SO ORDERED.

12
    Date: _____
13                                             PATRICIA V. TRUMBULL
                                               United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Dismiss
C07-2458 PVT                        2