|   |   |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FARNAK RAEISSI, | ) |
| --- | --- |
|   | ) No. C 07-2458 PVT |
| Plaintiff, | ) |
|   | ) |
| v. | ) |
|   | ) **STIPULATION TO DISMISS** |
| ALBERTO GONZALES, Attorney General | ) **and [PROPOSED] ORDER** |
| of the United States; | ) |
| MICHAEL CHERTOFF, Secretary, | ) |
| Department of Homeland Security; | ) |
| DAVID N. STILL, District Director, | ) |
| San Francisco Office, U.S. Citizenship and | ) |
| Immigration Services; | ) |
| EMILIO GONZALES, Director, U.S. | ) |
| Citizenship and Immigration Services; | ) |
| ROBERT S. MUELLER, III, Director, Federal | ) |
| Bureau of Investigation, | ) |
|   | ) |
| Defendants. | ) |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Stip. to Dismiss
C07-2458 PVT                                                  1

1 | Date: July 13, 2007            Respectfully submitted,

2                              SCOTT N. SCHOOLS
                                United States Attorney

3

4                                 /s/
                                EDWARD A. OLSEN

5                                 Assistant United States Attorney
                                Attorneys for Defendants

6

7

8 | Date: July 13, 2007            /s/
                                GABRIEL D. JACK
                                Attorney for Plaintiff

9

10                              **ORDER**

11       Pursuant to stipulation, IT IS SO ORDERED.

12 | Date: 7/23/07

13                                 PATRICIA V. TRUMBULL
                                United States Magistrate Judge